EL PUEBLO *v.* COLLAZO.

Apelación procedente de la Corte de Distrito de San Juan.

No. 371.—Resuelto en octubre 20, 1911.

DERECHO PENAL—ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—EXPOSICIÓN DEL CASO SIN LA APROBACIÓN DEL JUEZ.—Una exposición del caso que carece de la aprobación del juez sentenciador, no produce efecto legal alguno y no puede ser tomada en consideración por el Tribunal Supremo.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José de Guzmán Benítez.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

La denuncia presentada ante la corte municipal de Vega Baja contra el apelante, es como sigue:

"*El Pueblo de Puerto Rico* v. *Felipe Collazo.* En la corte municipal de Vega Baja a 15 de julio de mil novecientos diez. El Fiscal formula acusación contra Felipe Collazo por un delito de acometimiento y agresión con circunstancias agravantes (*misdemeanor*) cometido, como sigue: El citado Felipe Collazo, allá el día 2 de mayo de 1910, en Vega Baja, que forma parte del Distrito Judicial de San Juan, ilegal, voluntaria y maliciosamente y con intención de causarle daño acometió y agredió a Alejandro Casanovas con un machete, infiriéndole varias heridas de resulta de las cuales perdió una mano.

"Este hecho es contrario a la ley para tal caso prevista y a la paz y dignidad de El Pueblo de Puerto Rico. Firmado. Luis Campillo, Fiscal del Distrito."

Celebrado el juicio y dictada sentencia contra el acusado, éste apeló para ante la Corte de Distrito de San Juan, donde ante la Sección Segunda el juicio fué celebrado de nuevo en 13 de junio del presente año, y en el mismo día se dictó sentencia declarándole culpable del delito de acometimiento y agresión graves, y condenándole a un año de cárcel y doscientos dollars de multa y las costas.

Interpuesto por el acusado nuevo recurso de apelación para ante este Tribunal Supremo, se nos ha presentado el legajo de la sentencia y una exposición de hechos, en la que no consta que fuera aprobada por el juez de la corte inferior, por cuyo motivo no podemos tomarla en consideración, ya que ese requisito es necesario para que podamos considerarla como una verdad de las pruebas suministradas en el juicio. Ya ésto lo hemos resuelto antes de ahora, en repetidas ocasiones. (Véase *El Pueblo* v. *Laborde*, resuelto por este Tribunal Supremo en 4 de diciembre de 1905; *Acevedo* v. *Solá*, de 31 de enero de 1906; *Moll* v. *Llompart*, de 28 de marzo de 1906, y otros muchos más resueltos durante el año 1906.)

Existe un alegato de errores, basados en la errónea apreciación de la prueba por la corte inferior; pero no podemos considerarlos en vista de la carencia de una exposición del caso, debidamente aprobada.

Sentado esto, hemos examinado la denuncia y la sentencia, sin que hayamos encontrado error alguno sustancial que perjudique los derechos del apelante, por cuyo motivo la sentencia apelada debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf y del Toro.

El Juez Presidente Sr. Hernández, no tomó parte en la resolución de este caso.